

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1100-13

### JUSTIN DOUGLAS HEATON, Appellant

v.

### THE STATE OF TEXAS

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE FIFTH COURT OF APPEALS
## DALLAS COUNTY

**Per curiam. Keasler, and Hervey, JJ., dissent.**

## ORDER

The petition for discretionary review violates Rule of Appellate Procedure 68.4(i)

because it does not contain a complete copy of the opinion of the court of appeals.

The petition is struck. *See* Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed

in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: October 30, 2013
Do Not Publish



P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS
OF TEXAS

75202366431 0004

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS




UNITED STATES POSTAGE

PITNEY BOWES

$ 00.384
02 1R
0002003152    OCT 31 2013
MAILED FROM ZIP CODE 78701



PD-1100-13

5TH COURT OF APPEALS CLERK
LISA MATZ
600 COMMERCE 2ND FLOOR
DALLAS TX 75202